AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| I. Person Reporting (last name, first, middle initial)  Cohill, Jr., Maurice B. | 2. Court or Organization  U.S. District Court, W.D. PA | 3. Date of Report  05/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior District Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  8170 U.S. Courthouse 700 Grant Street Pittsburgh, PA 15219 | 8. On the basis of the Information contained In this Report and any modifications pertaining thereto, It is, In my opinion, In compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The Instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable Information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus, Board of Fellows (unpaid) | National Center for Juvenile Justice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2010 MAY 10 A 10: 22
FINANCIAL DISCLOSURE OFFICE

Cohill Jr., Maurice B.

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/09 | Commonwealth of Pennsylvania - Pension | $9,026.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/09 | Proprietor of Irish pub |
| 2. 12/31/09 | Lawyer, self-employed. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Council of Juvenile and Family Court Judges | 1/26/2009 to 1/29/2009 | Reno, NV | meeting | Travel expenses, meals and room |
| 2. | New York Intellectual Property Law Association | 3/26/2009 to 3/29/2009 | New York, NY | seminar | Travel expenses, meals and room |
| 3. | Allegheny County Bar Association | 6/19/2009 to 6/20/2009 | Champion, PA | seminar | Travel expenses, meals and room |
| 4. | National Council of Juvenile and Family Court Judge | 7/11/2009 to 7/14/2009 | Chicago, IL | meeting | Travel expenses, meals and room |
| 5. | Academy of Trial Lawyers of Allegheny County | 9/30/2009 to 10/02/2009 | Farmington, PA | seminar | meals and room |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny Energy Inc. | A | Dividend | J | T | | | | | |
| 2. Citigroup | A | Dividend | J | T | | | | | |
| 3. Delphi Automotive | A | Dividend | J | T | | | | | |
| 4. E.I.DuPont | A | Dividend | J | T | | | | | |
| 5. General Electric Corp. | A | Dividend | J | T | | | | | |
| 6. General Motors | A | Dividend | J | T | | | | | |
| 7. IBM | A | Dividend | J | T | | | | | |
| 8. Black Box Corp. | A | Dividend | J | T | | | | | |
| 9. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 10. Dell Computer Corp. | A | Dividend | J | T | | | | | |
| 11. Scudder Technology (A)- Mutual Fund | A | Dividend | J | T | | | | | |
| 12. Vanguard Mutual Funds (a) - PA Ins.Tax Free Muni | A | Dividend | J | T | | | | | |
| 13. Vanguard Mutual Funds (b)- S&P Index 500 | A | Dividend | J | T | | | | | |
| 14. Vanguard Mutual Funds (c)- Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 15. Vanguard Mutual Funds (d)- International Emerging Markets | A | Dividend | J | T | | | | | |
| 16. Vanguard Mutual Funds (e) - Precious Metals | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 05/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544